**Appeal Dismissed and Memorandum Opinion filed October 29, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00461-CV

---

### SAIDI AREGBE, Appellant

### V.

### BELLA PALAZZO HOUSTON LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1228236**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed June 12, 2024. The court reporter indicated on June 26, 2024 that there was no reporter's record. The clerk's record was filed August 23, 2024. No brief was filed.

On September 24, 2024, we issued a notice stating that unless appellant filed a brief along with a motion to extend time on or before October 4, 2024, the appeal was subject to dismissal without further notice. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.